## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV3980                                                                                    Purchased/Filed: May 22, 2007
STATE OF NEW YORK          UNITED STATES DISTRICT COURT                      SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*                       Plaintiff

against

*Luanda Concrete Corp.*                                                                                          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ May 29, 2007 _____, at __ 2:00 pm __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____ Luanda Concrete Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section 306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __ 43 __   Approx. Wt: __ 118 __   Approx. Ht: __ 5' __
Color of skin: __ White __   Hair color: __ Brown __   Sex: __ F __   Other: _____

Sworn to before me on this
__ 31st __ day of _____ May, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704502

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**