```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
THE NEW YORK CITY DISTRICT         :
COUNCIL OF CARPENTERS PENSION      :
FUND, et al.,                      :
                                   :
                                   :
                   Plaintiffs,     :
                                   :   07 Civ. 03980 (VM)
                                   :
         - against -               :   **ORDER**
                                   :
LUANDA CONCRETE CORP.,             :
                                   :
                   Defendant.      :
----------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-07

**VICTOR MARRERO, United States District Judge.**

The defendant, Luanda Concrete Corp. ("Luanda"), is directed to advise the Court by letter by as to whether the arbitration award, totaling $2,400.00, will be contested. Luanda is to so inform the Court by June 19, 2007. If there is no dispute regarding the arbitration award, the Court will deem the award confirmed, and so order.

SO ORDERED.

Dated:    New York, New York
          13 June 2007

                                    VICTOR MARRERO
                                       U.S.D.J.