```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
THE NEW YORK CITY DISTRICT       :
COUNCIL OF CARPENTERS PENSION    :
FUND, et al.,                    :
                                 :
                                 :
              Plaintiffs,        :
                                 :   07 Civ. 03980 (VM)
                                 :
         - against -             :        ORDER
                                 :
LUANDA CONCRETE CORP.,           :
                                 :
              Defendant.         :
--------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

By Order dated June 14, 2007, the Court directed defendant herein to advise the Court by June 19, 2007 as to whether the petition to confirm the arbitration in this action would be contested. The Court indicated that if no dispute arose, it would deem the award confirmed. A review of the Docket Sheet for the case indicates that no response to the June 14, 2007 Order has been made to date. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs conforming the arbitration award against defendant herein, and to close this case.

**SO ORDERED.**

Dated:   New York, New York
         17 July 2007

                                    _____
                                       VICTOR MARRERO
                                         U.S.D.J.

*[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7-17-07]*