UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

            Plaintiffs,

      -against-

LUANDA CONCRETE CORP.,

            Defendant.
------------------------------------------------------------X

07 CIVIL 3980 (VM)

**JUDGMENT**

#07,1382

    Whereas the above captioned action having come before this Court, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on July 17, 2007, having rendered its Order directing the Clerk of Court to enter judgment in favor of plaintiffs confirming the arbitration award against defendant in the amount of $2,400.00, and to close the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2007, judgment is entered in favor of plaintiffs confirming the arbitration award against defendant in the amount of $2,400.00; accordingly, the case is closed.

**Dated:** New York, New York
        July 18, 2007

                              J. MICHAEL McMAHON
                              Clerk of Court
        BY:
                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____